IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Courts, Addie C

Printed: 03/10/09

Case Number: 08 B 08256
Judge: Hollis, Pamela S
Filed: 4/4/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 12, 2009
Confirmed:   June 16, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,650.00 |  |
| Secured: |  | 2,105.38 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,900.00 |
| Trustee Fee: |  | 349.62 |
| Other Funds: |  | 2,295.00 |
| Totals: | 7,650.00 | 7,650.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,900.00 | 2,900.00 |
| 2. | Bank Of America | Secured | 0.00 | 0.00 |
| 3. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 4. | American Honda Finance Corporation | Secured | 18,708.67 | 1,794.95 |
| 5. | Bank Of America | Secured | 10,609.40 | 151.07 |
| 6. | Rescap Mortgage | Secured | 11,190.95 | 159.36 |
| 7. | Verizon Wireless Midwest | Unsecured | 1,578.33 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 57.66 | 0.00 |
| 9. | American Honda Finance Corporation | Unsecured | 42.21 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 1,011.40 | 0.00 |
| 11. | Capital One | Unsecured |  | No Claim Filed |
| 12. | CCA | Unsecured |  | No Claim Filed |
| 13. | Chase Bank | Unsecured |  | No Claim Filed |
| 14. | Illinois Collection Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 46,098.62 | $ 5,005.38 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 248.64 |
| 6.6% | 100.98 |
|  | $ 349.62 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Courts, Addie C                    Case Number:  08 B 08256
                                               Judge:  Hollis, Pamela S
         Printed: 03/10/09                     Filed:  4/4/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: